S90G0951. EMANUEL et al. v. THE STATE.
(396 SE2d 225)

PER CURIAM.
We granted certiorari to the Court of Appeals in *Emanuel v. State*, 195 Ga. App. 302 (393 SE2d 74) (1990), upon this inquiry: "Whether [appellants'] motion for directed verdict on the issue of entrapment should have been granted."

---

We believe that the proper disposition of these appeals is that urged in Judge Pope's dissent, joined by Judge Sognier. 195 Ga. App. at 305-7.

Accordingly, we adopt the dissent as the opinion of this court.

*Judgment reversed. All the Justices concur, except Weltner, J., not participating.*

DECIDED SEPTEMBER 27, 1990.

*Jerome J. Froelich, Jr., Herbert Shafer,* for appellants.

*Lewis R. Slaton, District Attorney, Rebecca A. Keel, Joseph J. Drolet, Assistant District Attorneys,* for appellee.